IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR144 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | ORDER |
| NICOLE M. WITBECK, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the government's Motion For Dismissal (Filing No. 52). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment (Filing No. 1), without prejudice, against the above-named Defendant.

IT IS ORDERED that:

1. The government's Motion For Dismissal (Filing No. 52) is granted without prejudice; and

2. The Defendant's Motion to Suppress Stop, Detention, Search and Statements (Filing No. 25) is denied as moot;

3. The hearing regarding the Motion to Suppress (Filing No. 25) is cancelled.

DATED this 19th day of February, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge